# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**NAZARETH GATES, ET AL.**                                                        **PLAINTIFFS**

**VS.**                                                             **CIVIL ACTION NO. 4:71-cv-6-DAS**

**THOMAS D. COOK, ET AL.**                                           **DEFENDANTS**

## ORDER DENYING MOTION

Russell K. Hill moves this Court to reinstate this class action and to reconsider two orders previously entered by this Court, one entered on March 10, 2011, by then-Magistrate Judge Jerry A. Davis, and one entered on September 22, 1997, by then-Chief Judge L.T. Senter, Jr.

Hill filed his motion pursuant to Fed. R. Civ. Proc. 60(b), which "must be made within a reasonable time" after entry of the order in question. Per the March 2011 order, the portion of the class action Hill seeks to reinstate has been closed for almost seven years. And the September 1997 order adopting the then-new Inmate Access to the Court Program ("IACP") is over a decade old. The Court therefore finds this motion untimely, and it is DENIED.

While Hill asserts multiple grievances with the IACP, this case is not the proper avenue for redressing those grievances. As Judge Davis stated in the March 2011 order, "[T]his case is closed. Individual complaints, as always, may be filed, but not in this case."

SO ORDERED, this the 28th day of February, 2018.

                                                                          /s/ David A. Sanders
                                                                          UNITED STATES MAGISTRATE JUDGE